IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas P. Johnston,

    Plaintiff(s),

vs.

First Premier Bank,

    Defendant(s).

Case Number: 1:17cv189

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 20, 2018 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 3, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's second motion to compel arbitration (Doc. 14) is GRANTED. Plaintiff's complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

                                                                     ___s/Susan J. Dlott_____
                                                                     Judge Susan J. Dlott
                                                                     United States District Court